# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2540
_____

SCOTT EDWARD STUART ,

Appellant,

v.

STATE OF FLORIDA ,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
Michael S. Sharrit, Judge.

July 19, 2019

PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Curtis S. Fallgatter, Lisa Paquette Varon, and Alex King, Fallgatter Catlin & Varon, P.A., Jacksonville, for Appellant.

Ashley Moody, Attorney General, Benjamin Louis Hoffman, Assistant Attorney General, Tallahassee, for Appellee.